**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-7686**

---

MICHAEL T. SCOTT, JR.,

        Plaintiff - Appellant,

    v.

KEN KODAMA, Chemist/Analyst,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:13-cv-02279-RDB)

---

Submitted:  February 20, 2014    Decided:  February 26, 2014

---

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael T. Scott, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Scott, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint against Ken Kodama. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Scott v. Kodama, No. 1:13-cv-02279-RDB (D. Md. Sept. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED